UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED: __7/19/18__          │
└─────────────────────────────────┘
```

VICTOR MENDEZ OLIVARES,
individually and on behalf of others similarly
situated,

          Plaintiff,

- against -

1761 FONDA MEXICO MAGICO
LLC(d/b/a MEXICO MAGICO) and PACO
PAREDES,

          Defendants.

**ORDER OF DEFAULT**

17 Civ. 1082 (PGG) (KNF)

PAUL G. GARDEPHE, U.S.D.J.:

      WHEREAS Plaintiff commenced this action on February 13, 2017 by filing the

Complaint (Dkt. No. 1);

      WHEREAS Defendants 1761 Fonda Mexico Magico LLC and Paco Paredes have

not appeared for two court-ordered conferences, and Defendant 1761 Fonda Mexico Magico

LLC has not obtained counsel or defended itself in this matter, (see Orders (Dkt. Nos. 31-32);

Certificates of Default (Dkt. Nos. 35-36));

      WHEREAS this Court ordered Defendants 1761 Fonda Mexico Magico LLC and

Paco Paredes to show cause on July 13, 2018, why an order for default judgment should not be

entered against them (Dkt. Nos. 39, 41);

      WHEREAS Plaintiff executed service of the Amended Order to Show Cause on

Defendants 1761 Fonda Mexico Magico LLC and Paco Paredes on July 02, 2018 (Dkt. No. 42);

      WHEREAS Defendants 1761 Fonda Mexico Magico LLC and Paco Paredes filed

no opposition to Plaintiff's motion for a default judgment and did not appear at the July 13, 2018

hearing, it is hereby

ORDERED that a default is entered against Defendants 1761 Fonda Mexico

Magico LLC and Paco Paredes, and that this matter is referred to Magistrate Judge Kevin N. Fox

for an inquest into damages, attorneys' fees, and costs.

IT IS FURTHER ORDERED that the Clerk of Court is directed not to close this

case.

Dated: New York, New York
      July 13, 2018

SO ORDERED.

Paul G. Gardephe
United States District Judge