UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VICTOR MENDEZ OLIVARES, individually
and on behalf of others similarly situated,

                Plaintiff,                              17 **CIVIL** 1082 (PGG)(KNF)

        -against-                             **JUDGMENT**

1761 FONDA MEXICO MAGICO LLC,
doing business as "Mexico Magico"; and PACO
PAREDES,

                Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 28, 2022, this Court has declined to adopt the R&R. Upon review of Plaintiff's submissions, Plaintiff is awarded (1) $19,539.25 in unpaid minimum wages; (2) $25,562 in unpaid overtime compensation; (3) $4,805.88 in unpaid spread-of-hours wages; (4) $46,894.13 in liquidated damages; (5) $5,500 in statutory damages; and (6) $5,380 in attorneys' fees and $400 in costs. Plaintiff is also awarded prejudgment interest at a rate of (1) $10.459 on the principal amount of $42,417.50, calculated by the Clerk of Court from February 16, 2012 to the date of entry of final judgment, in the amount of $40,563.88; and (2) $1.847 on the principal amount of $7,489.63, calculated by the Clerk of Court from November 17, 2014 to the date of entry of final judgment, in the amount of $5,315.05. If the judgment is not entirely paid within 90 days of judgment, or 90 days after the expiration of appeal, whichever is later, and no appeal is pending, then the total amount of judgment shall automatically increase by fifteen percent; accordingly, the case is closed.

**Dated**: New York, New York
       September 29, 2022

                                                                    **RUBY J. KRAJICK**

                                                                    **Clerk of Court**
                                      **BY:**      K. Mango
                                                                    **Deputy Clerk**